Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 3**

| | |
|---|---|
| **OCP S.A.,** | **SUMMONS** |
| **Plaintiff,** | **Court No. 23-00261** |
| **v.** | |
| **UNITED STATES,** | |
| **Defendant.** | |

**TO:**   The Attorney General and the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. Plaintiff OCP S.A. ("OCP") is a foreign producer and exporter of subject merchandise and therefore an interested party within the meaning of 19 U.S.C. §§ 1516a(f)(3) and 1677(9)(A), and 28 U.S.C. § 2631(k)(1). OCP was a party to the proceeding before the U.S. Department of Commerce ("Commerce"). OCP has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c), as it participated in the countervailing duty administrative review that gave rise to the contested determination.

_____
(Name and standing of plaintiff)

2. OCP contests certain aspects of Commerce's Final Results of the November 30, 2020 – December 31, 2021 administrative review of the countervailing duty order on *Phosphate Fertilizers from Morocco. See Phosphate Fertilizers From the Kingdom of Morocco: Final Results of Countervailing Duty Administrative Review; 2020–2021*, 88 Fed. Reg. 76,726 (Dep't of Commerce Nov. 7, 2023) ("*Final Results*"). This determination is contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I) and (B)(iii) and 28 U.S.C. § 1581(c).

_____
(Brief description of contested determination)

3. Commerce's *Final Results* were signed November 1, 2023.

_____
(Date of determination)

4. The *Final Results* were published in the *Federal Register* on November 7, 2023. *See Final Results*, 88 Fed. Reg. 76,726.

_____
(If applicable, date of publication in Federal Register of notice of contested determination)

Form 3-2

William R. Isasi
Leslie C. Bailey
Cynthia C. Galvez
Edward J. Thomas III

**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, N.W.
Washington, D.C.
20001-4956 (202) 662-5102
wisasi@cov.com

Micaela McMurrough
Jordan B. Bakst

**COVINGTON & BURLING LLP**
Covington & Burling LLP The
New York Times Building 620
Eighth Avenue
42nd Floor
New York, NY 10018

*Counsel to OCP S.A.*

/s/ William R. Isasi
Signature of Plaintiff's Attorney

December 7, 2023
Date

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons.  For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

## UPON THE UNITED STATES

Attorney-in-Charge
International Trade Field Office
**U.S. Department of Justice**
Civil Division
26 Federal Plaza
Room 346, Third Floor
New York, NY  10278

Supervisory Attorney
Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
P.O. Box 480
Ben Franklin Station
Washington, D.C.  20530

## UPON THE DEPARTMENT OF COMMERCE

General Counsel
Attn: Office of the Chief Counsel for Trade Enforcement & Compliance
**U.S. Department of Commerce**
1401 Constitution Ave N.W.
Washington, D.C.  20230